IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02182-WYD

THERESA LADENBURGER,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Defendant's Motion for Dismissal or

Transfer Because of Improper Venue (ECF No. 13).  Plaintiff filed a response in

opposition to the motion and no reply was filed.

Having carefully reviewed the motion and Plaintiff's response, I find that the

motion should be denied for the reasons noted in Plaintiff's response.  Accordingly, it is

ORDERED that Defendant's Motion for Dismissal or Transfer Because of

Improper Venue (ECF No. 13) is **DENIED.**  It is

FURTHER ORDERED that the parties shall confer to prepare a proposed **Joint**

**Case Management Plan for Social Security Cases** ("JCMP") as provided by

D.C.COLO.LAPR 16.1(a).  The instructions as to the preparation of the JCMP are as

follows:

      1.  **Form.**  A copy of the required form of JCMP is available on the district

court's website at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.

2. **Contents of the proposed JCMP**.

a. Paragraph 3.B. The proposed form of JCMP shall state the date on which the U.S. Attorney's Office was served (or waived or accepted service). **The court anticipates that the government will waive or accept service no later than fourteen (14) days, or sooner if practicable, from the filing of the Complaint.**

b. Paragraph 3.C. The Answer shall consist of a certified copy of the transcript of the administrative record plus any affirmative defense, which if then not filed, shall be waived. The Answer shall be filed no later than **sixty (60) days**, or sooner if practicable, after service (or waiver or acceptance of service).

c. Paragraph 8.

(1) Plaintiff's opening brief shall be due no later than **thirty (30) days** from the filing of the proposed JCMP. The deadlines for the submission of the response and any reply shall be as provided by D.C.COLO.LCivR 7.1(d).

(2) Any motion for extension of these deadlines requires a showing of **good cause**, which must be established with **particularity**. The following **DO NOT** constitute good cause: agreement of counsel; inconvenience to counsel or the parties; press of business or a "heavy workload;" conflicts in scheduling (*a fortiori*, when more than one attorney has

entered an appearance for a party); or practice as a solo

practitioner.

(3) Opening and response briefs shall be limited to no more

than **twenty (20) pages**.  Reply briefs shall be limited to no

more than **ten (10) pages**.  These page limitations shall

apply to the legal argument portion of the brief or response,

but shall not include the cover page, jurisdictional statement,

table of contents, or statement of facts and procedural

history.

d.  The proposed JCMP need not address paragraphs 4, 5, 6, or 9

of the form.  The court anticipates that, if the matters addressed by

these paragraphs are relevant, appropriate motions will be filed to

bring such matters to the court's attention.

3. **Filing.**

a.  The proposed JCMP shall be filed no later than **ten (10) days**

after the Answer is filed.

b.  To file the proposed JCMP, the parties shall use the event

entitled "Proposed Joint Case Management Plan," listed under

"Administrative Appeal Documents," in the court's case

management and electronic case filing system (CM/ECF).

c.  The proposed JCMP shall include the signatures of counsel and

any *pro se* party and provide for the approval of the court, as

specified in the required form of order specified in paragraph 1

above.

d.  Concurrent with the filing of the proposed JCMP on CM/ECF,

the parties shall provide a Microsoft Word editable version of the

proposed JCMP to chambers at

daniel_chambers@cod.uscourts.gov.

**THEREFORE, IT IS ORDERED** that the parties shall filed a proposed

JCMP consistent with these instructions.

Dated:  February 11, 2016

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE